UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIRSTYN KONO and CHRISTOPHER KONO, husband and wife,

    Plaintiffs,

v.

PACIFIC STAR INSURANCE COMPANY, et al.,

    Defendants.

CASE NO. C12-1721RSM

ORDER ON MOTION REGARDING DEPOSITIONS

    Plaintiffs Kirstyn and Christopher Kono bring this action for insurance bad faith and other claims arising from a policy of insurance. This matter is now before the Court for consideration of plaintiffs' motion regarding the location of deposition. Dkt. # 11. Plaintiffs argue that their Rule 30(b)(6) deposition of defendants' designee should occur in Seattle, where plaintiffs reside and the accident occurred, rather than at defendants' place of business in San Diego. Defendants have failed to file any response in opposition to the motion. Such failure to respond may be deemed by the Court as an admission that the motion has merit. Local Rule LCR 7(b)(2). Accordingly, plaintiffs' motion is GRANTED.

    Dated: January 15, 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1